UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JAMES ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-172-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LVNV FUNDING, LLC, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have tendered a proposed Agreed Order of Dismissal, indicating that all issues have been finally resolved through settlement.  [Record No. 18]  Therefore, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. This action is **DISMISSED**, with prejudice, and **STRICKEN** from the docket.

2. The parties shall bear their respective costs and expenses.

3. This is a **FINAL** and **APPEALABLE** Order and there is no just cause for delay.

This 14th day of November, 2017.



Signed By:
Danny C. Reeves   DCR
United States District Judge